STATE of Wisconsin, Plaintiff-Respondent,

v.

Robert Darnell BEETS, Defendant-Appellant-Petitioner.

Supreme Court

*No. 84–1053–CR. Filed September 23, 1985.*

(Also reported in 373 N.W.2d 673.)

ABRAHAMSON, J., dissents.

PER CURIAM *(On motion for reconsideration)*. The motion for reconsideration is denied, without costs.

ABRAHAMSON, J., dissents.

STATE of Wisconsin EX REL. NEWSPAPERS, INC., WTMJ, Inc., Green Bay Press Gazette, WISN–TV, Division of Hearst Corporation, WISN Radio and WBTT Radio, Petitioners,

v.

CIRCUIT COURT FOR MILWAUKEE COUNTY, the Honorable Arlene D. Connors, presiding, certain unnamed prospective defendants, District Attorney for Milwaukee County and K.M., Respondents.

Supreme Court

*No. 85–0461–W. Filed September 27, 1985.*

(Also reported in 374 N.W.2d 142.)

PER CURIAM *(On motion for reconsideration)*. The motion for reconsideration is denied, without costs.